

Donald Rozz
1476 Hancock Street
Elmont, New York 11003
drofficialemail@gmail.com
(516)-292-1835

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Rozz v. Town of Hempstead, et al.*
        Docket No. 20-cv-1812

Dear Hon. Azrack:

I am the plaintiff in this case and write to request a first-time extension of time to oppose defendants' Town of Hempstead and Ryan Costigan's motion dated 12/23/2020.

The parties' have stipulated to a new briefing schedule and a copy of that stipulation is attached hereto. Defendant County of Nassau takes no position on the extension on the ground it is "not the movants in this instance and as such do[es] not have the authority to grant your request" for an extension.

The reason for the extension is that I intend to file opposition electronically, but a decision on my unopposed motion for permission to participate in electronic case filing [Doc. 26] filed on 11/25/2020 remains outstanding.

I tried to file this letter "by ECF at least **48 hours** before the deadline" of 2/3/2021, but could not because:

- I have not yet received permission to participate in electronic case filing [Doc. 26].
- The courthouse was closed on 2/1/2021 and 2/2/2021 due to inclement weather and when I telephoned courthouse security, no one answered the telephone.
- I do not own a vehicle that could safely travel to the courthouse on 2/1/2021 or 2/2/2021.

Thank you.

                                      Sincerely,

                                      Donald Rozz
                                      2/2/2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONALD ROZZ,

                  Plaintiff,

      - against -

TOWN OF HEMPSTEAD, RYAN COSTIGAN,
COUNTY OF NASSAU, JOHN DOE POLICE
OFFICERS 1-9,

                  Defendants.

STIPULATION

Docket No. 20-cv-1812 JMA AYS

IT IS HEREBY STIPULATED AND AGREED, that, subject to this court's approval, the briefing schedule for defendants Town of Hempstead and Ryan Costigan's motion dated 12/23/2020 shall be as follows:

- Plaintiff's opposition due 3/5/2021 (originally due 2/3/2021)

- Defendants' reply, if any, due 3/26/2021 (originally due 2/17/2021)

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be filed with the court without further notice to the parties and that a photocopy or facsimile of the signature page will have the same force and effect as the original of this Stipulation.

Donald Rozz
1476 Hancock Street
Elmont, New York 11003
(516)-292-1835
drofficialemail@gmail.com

BY: _____
    Donald Rozz
    *Plaintiff*

DATED: 2/2/2021

Christopher E. Vatter, Esq
Jaspan Schlesinger LLP
300 Garden City Plaza, 5th Floor
Garden City, New York 11530
(516)-393-8227
cvatter@jaspanllp.com

BY: _____
    Christopher E. Vatter, Esq.
    *Attorneys for defendants*
    *TOH and Ryan Costigan*

DATED: 2/2/2021